# EXHIBIT "10"

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| SEIKO EPSON CORPORATION AND EPSON AMERICA, INC., <br> v. <br> INKSYSTEM LLC., et al., <br><br> *Defendant* | ) ) ) ) ) ) ) | Case No.  3:16-CV-0524-RCJ-VPC |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ARTEM KOSHKALDA                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☒ Order of the Court

This offense is briefly described as follows:

  Failure to Comply with Court's Order to appear at hearing dated 10/23/2017 at 11:00 A.M.

Date:   10/27/2017

*Issuing officer's signature*

City and state:   Reno, Nevada                                Debra K. Kempi, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ <br> at *(city and state)* _____ . <br><br> Date: _____ <br><br> *Arresting officer's signature* <br><br> *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: ARTEM KOSHKALDA

Known aliases:

Last known residence: 1280 Terminal Way, Apt 28, Reno, NV   89502

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 669-236-9559

Place of birth:

Date of birth:

Social Security number:

Height:                                                                Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

[Print]   [Save As...]                                                                                            [Reset]