**Entered on Docket**
**July 06, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed and Filed: July 5, 2018**

HANNAH L. BLUMENSTIEL
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Case No. 18-30016 HLB |
| ARTEM KOSHKALDA, | Chapter 7 |
| Debtor. | |
| SEIKO EPSON CORPORATION and EPSON AMERICA INC., | Adv. Proc. No. 18-03020 HLB |
| Plaintiffs, | |
| v. | |
| ARTEM KOSHKALDA, | |
| Defendant. | |

**ORDER FOLLOWING SCHEDULING CONFERENCE**

The scheduling conference is hereby continued to **November 8, 2018 at 2:00 p.m.** Parties shall exchange the disclosures required by Fed. R. Civ. P. 26(a)(1) (made applicable to adversary proceedings by Fed. R. Bankr. P. 7026) on or before July 20, 2018.

****END OF ORDER****



Case: 18-03020 Doc# 42 Filed: 07/05/18 Entered: 07/06/18 12:42:06 Page 1 of 2

**Court Service List**

[None]